UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | |
|---|---|
| HRFC Corporation d/b/a<br>Meridian Real Estate Services,<br><br>  Plaintiff,<br><br>vs.<br><br>Meridian Capital Group, LLC<br><br>  Defendant. | Case No.: 07 cv 7236<br><br>Honorable Marvin E. Aspen |

### RULE 7.1(a) DISCLOSURE STATEMENT

Plaintiff, HRFC Corporation d/b/a Meridian Real Estate Services, a nongovernmental corporate party, states that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

*Gayle A. Reindl*
Gayle A. Reindl, counsel for Plaintiff

Clay A. Tillack
Amy M. Rubenstein
SCHIFF HARDIN LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
Tel: 312/258-5500
Fax: 312/258-5600

Of Counsel (not yet admitted in Illinois, *pro hac vice* applications anticipated):

Gayle A. Reindl
Trent J. Sandifur
Amy L. Wright
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel: 317/713-3500
Fax: 317/713-3699