UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISON

| | |
|---|---|
| HRFC Corporation d/b/a<br>Meridian Real Estate Services<br><br>        Plaintiff,<br><br>vs.<br><br>Meridian Capital Group, LLC<br><br>        Defendant. | Case No.: 07 cv 7236<br><br>Honorable Marvin E. Aspen |

## NOTIFICATION OF TRADEMARK CLAIMS

Pursuant to Local Rule 3.4 for the United States District Court for the Northern District of Illinois, and 15 U.S.C. §1116(c), Plaintiff, HRFC Corporation d/b/a Meridian Real Estate Services, hereby provides a Notice of Claims Involving Trademarks U.S. Reg. Nos. 2677891; and 2824879.

Pursuant to 15 U.S.C. §1116(c), the following information is required to be provided to the Commission of Trademarks by the Clerk of the Court:

**The Parties**

Plaintiff:	HRFC Corporation d/b/a Meridian Real Estate Services
	9000 Keystone Crossing, Suite 1050
	Indianapolis, Indiana 46240

Defendant:	Meridian Capital Group, LLC
	1 Battery Park Plaza
	New York, New York 10004

**Trademarks and Registrations**

| TRADEMARK | U.S. REGISTRATION NO. | DATE OF REGISTRATION |
|---|---|---|
| MERIDIAN REAL ESTATE SERVICES | 2677891 | 01/21/2003 |
| MERIDIAN REAL ESTATE DESIGN ![MERIDIAN Real Estate logo] | 2824879 | 03/23/2004 |

Respectfully submitted,

*/s/ Clay A. Tillack*
Clay A. Tillack
Amy M. Rubenstein
SCHIFF HARDIN LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
Tel: 312/258-5500
Fax: 312/258-5600

Of Counsel (not yet admitted in Illinois, *pro hac vice* applications anticipated):

Gayle A. Reindl
Trent J. Sandifur
Amy L. Wright
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel: 317/713-3500
Fax: 317/713-3699

2