# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

HRFC Corporation

                            Plaintiff,

v.                                     Case No.: 1:07−cv−07236

                                     Honorable Marvin E. Aspen

Meridian Capital Group, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 3/4/2008, and continued to 4/3/2008 at 10:30 AM., for report on settlement. If case does nto settle, defendants are to file a responsive pleading to plaintiff's complaint on or before 4/3/08. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.