IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HRFC Corporation d/b/a Meridian Real Estate Services, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Meridian Capital Group, LLC, )<br>)<br>Defendant. )<br>) | No. 1:07-cv-07236<br>Honorable Marvin E. Aspen |

## NOTICE OF FILING

To: Counsel of Record

PLEASE TAKE NOTICE that on Thursday, April 3, 2008, we filed with the clerk of this Court Defendant's Answer and Affirmative Defenses, a copy of which is attached hereto.


Respectfully submitted,

MERIDIAN CAPITAL GROUP, LLC

BY: /s/ Kathleen M. McNamara
       One of their Attorneys

SIDLEY AUSTIN LLP
Adrienne B. Pitts
Kathleen M. McNamara
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000


Dated:  April 3, 2008

## CERTIFICATE OF SERVICE

      I, Kathleen M. McNamara, an attorney, hereby certify that I have filed the foregoing with the Clerk of the Court using the ECF system on this 3rd day of April, 2008.  Notice of Electronic Case Filing has been sent automatically to the following registered parties, which constitutes service of same:

Clay A. Tillack
Amy Michelle Rubenstein
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606

                                                                                                      /s/ Kathleen M. McNamara
                                                                                                       Kathleen M. McNamara