## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

HRFC Corporation

                            Plaintiff,

v.                                       Case No.: 1:07−cv−07236

                                       Honorable Marvin E. Aspen

Meridian Capital Group, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen:Status hearing held on 4/3/2008, and continued to 5/1/2008 at 10:30 AM., for report on settlement. If case does not settled, the parties are to file a joint discovery plan prior to the status date, and provide a courtesy copy to Chambers, Room 2578. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.