## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

HRFC Corporation
                                Plaintiff,

v.                                              Case No.: 1:07–cv–07236
                                                      Honorable Marvin E. Aspen

Meridian Capital Group, LLC
                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen:Status hearing held on 5/1/2008. Parties report that the case is settled. If a stipulation to dismiss is filed in advance of the status date, the 6/3/08 date will be stricken. Status hearing continued to 6/3/08 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.