IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HRFC Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>Meridian Capital Group, LLC,<br><br>       Defendant. | Case No. 1:07-cv-07236<br><br>Hon. Marvin E. Aspen |

### STIPULATION TO DISMISS

The parties in the above-captioned suit, by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree to a dismissal of this lawsuit.

Dated: May 14, 2008

_____
Clay A. Tillack
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
ctillack@schiffhardin.com
Attorney for Plaintiff HRFC Corporation

_____
Adrienne B. Pitts
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
apitts@sidley.com
Attorney for Defendant Meridian Capital Group, LLC

## Certificate of Service

I, Clay A. Tillack, an attorney, hereby certify that on May 14, 2008, I filed the foregoing **Stipulation to Dismiss** with the Clerk of Court using the CM/ECF system, which will serve notice of such filing on the following counsel of record:

Kathleen Marie McNamara
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
kmmcnamara@sidley.com

>By: s/Clay A. Tillack
>Counsel for Plaintiff
>Clay A. Tillack
>SCHIFF HARDIN LLP
>6600 Sears Tower
>Chicago, Illinois 60606
>Telephone: (312) 258-5500
>Facsimile: (312) 258-5600
>ctillack@schiffhardin.com