## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

HRFC Corporation
          Plaintiff,

v.                   Case No.: 1:07–cv–07236
                   Honorable Marvin E. Aspen

Meridian Capital Group, LLC
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

  MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/14/08: Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and the agreement of the parties, this action is dismissed. The status hearing set for 6/3/08 is stricken.Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.